UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF FLORIDA, INC., THE ANDREW GOODMAN FOUNDATION, INC., MEGAN NEWSOME, AMOL JETHWANI, MARY ROY a/k/a JAMIE ROY, DILLON BOATNER, ALEXANDER ADAMS and ANJA RMUS,<br><br>     Plaintiffs,<br><br>v.<br><br>KENNETH W. DETZNER, in his official capacity as the Florida Secretary of State,<br><br>     Defendant. | Case No. 4:18-cv-00251-MW-CAS |

## PLAINTIFFS' NOTICE OF COMPLIANCE

Pursuant to the Court's Order Granting Plaintiffs' Motion for Preliminary Injunction dated July 24, 2018 (ECF No. 65), Plaintiffs, League of Women Voters of Florida, Inc., The Andrew Goodman Foundation Inc., Megan Newsome, Amol Jethwani, Mary Roy a/k/a Jamie Roy, Dillon Boatner, Alexander Adams, and Anja Rmus (hereinafter collectively referred to as the "Plaintiffs"), respectfully state as follows:

1. Plaintiffs posted a security bond in the amount of $500.00 via the Court's Credit Card Usage Phone Order Form on July 24, 2018; and

2. Plaintiffs notified Defendant with confirmation via electronic mail immediately after submission of the security bond.

Dated: July 24, 2018.

        Respectfully submitted,

        /s/ Frederick S. Wermuth
        Frederick S. Wermuth
        Florida Bar No.: 0184111
        KING, BLACKWELL, ZEHNDER
         & WERMUTH, P.A.
        P.O. Box 1631
        Orlando, FL 32802-1631
        Telephone: (407) 422-2472
        Facsimile: (407) 648-0161
        fwermuth@kbzwlaw.com

        Marc E. Elias
        Elisabeth C. Frost*
        Amanda Callais*
        Jacki L. Anderson*
        John M. Geise*
        Alexi Velez*
        PERKINS COIE LLP
        700 Thirteenth St., N.W., Suite 600
        Washington, D.C. 20005-3960
        Telephone: (202) 654-6200
        Facsimile: (202) 654-9959
        melias@perkinscoie.com
        efrost@perkinscoie.com
        acallais@perkinscoie.com
        jackianderson@perkinscoie.com
        jgeise@perkinscoie.com

        *Counsel for Plaintiffs*
          *\*Admitted Pro Hac Vice*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 24, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Frederick S. Wermuth
Frederick S. Wermuth
Florida Bar No.: 0184111