IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LEAGUE OF WOMEN VOTERS OF
FLORIDA INC., et al.,

    *Plaintiffs*,

                                Case No. 4:18-cv-251-MW/CAS

v.

KEN DETZNER, in his official capacity as the
Florida Secretary of State,

    *Defendant*.
_____/

## FLORIDA SECRETARY OF STATE'S NOTICE OF COMPLIANCE WITH COURT'S JULY 24, 2018, ORDER

The Florida Secretary of State, as directed by the Court in its order dated July 24, 2018, gives notice of compliance thereto, as indicated by the attached memorandum transmitted electronically this day to Florida's county supervisors of elections.

                                          */s/ David A. Fugett*
                                          DAVID A. FUGETT (FBN 117498)
                                          *General Counsel*
                                          david.fugett@dos.myflorida.com

                                          FLORIDA DEPARTMENT OF STATE
                                          R.A. Gray Building, Suite 100
                                          500 South Bronough Street
                                          Tallahassee, Florida 32399-0250
                                          Phone:  (850) 245-6536
                                          Facsimile:  (850) 245-6127

    */s/ Mohammad O. Jazil*
MOHAMMAD O. JAZIL (FBN 72556)
mjazil@hgslaw.com
GARY V. PERKO (FBN 855898)
gperko@hgslaw.com
MALCOLM N. MEANS (FBN 0127586)
mmeans@hgslaw.com
HOPPING GREEN & SAMS, P.A.
119 South Monroe Street, Suite 300
Tallahassee, Florida 32301
Phone: (850) 222-7500
Fax: (850) 224-8551

*Counsel for the Secretary*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that, pursuant to N.D. Fla. Loc. R. 5.1(F), each party on whom this notice and its attachment is to be served is represented by an attorney who will be served through this Court's CM/ECF system upon filing on this 27th day of July, 2018.

    */s/ Mohammad O. Jazil*
MOHAMMAD O. JAZIL
ATTORNEY