# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION

LEAGUE OF WOMEN VOTERS OF
FLORIDA, INC., et al.,

    *Plaintiffs*,

V.                                         CASE NO. 4:18-CV-251-MW/CAS

KENNETH W. DETZNER, in his official
capacity as the Florida Secretary
of State,

    *Defendant.*

_____/

## ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION TO HOLD CASE IN ABEYANCE

This Court has considered, without hearing, Defendant's motion to hold this case in abeyance until November 30, 2018. This Court is sensitive to the impact of the upcoming elections' timeline elections has on Defendant and Florida's 67 supervisors of elections. Accordingly, Defendant's motion as it relates to the merits of this case is **GRANTED**.

Motions related to attorney's fees, however, are issues between lawyers. This Court may entertain motions related to attorney's fees between now and November 30, and after that date. Accordingly, Defendant's motion as it

relates to any motion for attorney's fees is **DENIED**.

**SO ORDERED on August 24, 2018.**

                                              <u>s/Mark E. Walker</u>
                                              **United States District Judge**