# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION

LEAGUE OF WOMEN VOTERS OF
FLORIDA, INC., et al.,

    *Plaintiffs*,

v.                    CASE NO. 4:18-CV-251-MW/CAS

MICHAEL ERTEL, in his official
capacity as the Florida Secretary
of State,

    *Defendant*.

_____/

## ORDER DIRECTING PARTIES TO FILE SUPPLEMENTAL BRIEFS

On July 27, 2018, the Secretary of State filed a Notice of Compliance in this Court, attaching a directive that "hereby rescinded" Advisory Opinion 14-01, the opinion at issue in this case. ECF No. 67, Ex. A. This directive followed this Court's order granting Plaintiffs' motion for preliminary injunction. ECF No. 65. The Secretary noted that the July 27 directive "remains in effect until such time as it is superseded or revoked by subsequent directive, law, or final court order." ECF No. 67, Ex. A at 1.

The parties are directed to file supplemental briefs to this Court explaining whether or note the Secretary's July 27, 2018 directive moots the

issues in this dispute. The parties shall do so on or before February 1, 2019.

**SO ORDERED on January 22, 2019.**

<u>s/Mark E. Walker</u><br>
**Chief United States District Judge**