# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION

**LEAGUE OF WOMEN VOTERS OF FLORIDA, INC.; THE ANDREW GOODMAN FOUNDATION, INC.; MEGAN NEWSOME; AMOL JETHWANI; MARY ROY a/k/a JAMIE ROY; DILLON BOATNER; ALEXANDER ADAMS; and ANJA RMUS;**

 *Plaintiffs,*

v.                                                                          Case No. 4:18cv251-MW/CAS

**LAUREL M. LEE, in her official capacity as the Florida Secretary of State,**

 *Defendant.*

_____/

## ORDER GRANTING PLAINTIFFS' EMERGENCY MOTION TO CONTINUE TELEPHONIC HEARING

This Court has considered, without hearing, Plaintiffs' Emergency Motion to Continue Telephonic Hearing on Motion for Summary Judgment, ECF No. 122. The motion is **GRANTED**.

The hearing currently set for tomorrow, June 19, 2019, will be continued. If Plaintiffs decide to file a motion to amend their amended complaint, this Court will rule on that motion and will then set another hearing in this matter. This case cannot be delayed indefinitely. Any motion to amend the amended

1

complaint by the Plaintiffs shall be filed on or before July 8, 2019. Any response from Defendant shall be filed within 14 days after service of the motion.

This Court is not in any way telegraphing how it will decide a motion to amend. Such a motion needs to be addressed before forward movement on anything else can occur. This Court understands that the parties could discuss the merits of Plaintiffs' claims at tomorrow's hearing but has determined that is not the proper way to proceed. This Court wants the issues to be fully briefed and not to have a telephonic conference during which the parties talk past each other. This matter will proceed in an orderly, thoughtful way, and significant issues will not be discussed and determined "on the fly."

Accordingly,

**IT IS ORDERED:**

1. Plaintiffs' Emergency Motion to Continue Telephonic Hearing on Motion for Summary Judgment, ECF No. 122, is **GRANTED**.
2. The Clerk is directed to continue the hearing currently set for tomorrow, June 19, 2019.
3. Plaintiffs shall file any motion to amend the amended complaint on or before July 8, 2019.

4. Defendant shall respond within 14 days after service of the motion.

**SO ORDERED on June 18, 2019.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**
