UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF FLORIDA, INC., THE ANDREW GOODMAN FOUNDATION, INC., MEGAN NEWSOME, AMOL JETHEWANI, MARY ROY a/k/a JAMIE ROY, DILLON BOATNER, ALEXANDER ADAMS, and ANJA RMUS,<br><br>    Plaintiffs,<br>v.<br><br>LAUREL M. LEE, in her official capacity as the Florida Secretary of State,<br>    Defendant. | Case No. 4:18-cv-00251-MW-CAS |

## JOINT STATUS REPORT

Pursuant to the Court's Initial Scheduling Order dated June 18, 2018 (ECF No. 21), Plaintiffs, League of Women Voters of Florida, Inc., The Andrew Goodman Foundation Inc., Megan Newsome, Amol Jethwani, Mary Roy a/k/a Jamie Roy, Dillon Boatner, Alexander Adams, and Anja Rmus, and Defendant, Laurel M. Lee, in her official capacity as the Florida Secretary of State (hereinafter collectively referred to as the "Parties"), respectfully submit their Joint Status Report, and state:

1. Neither Party has issued any discovery requests at this time.

2. As detailed in Plaintiffs' recent motion to continue the June 19, 2019 hearing (ECF No. 122), Plaintiffs are planning to withdraw their Dispositive Motion (ECF No. 102) and to seek leave to amend their

current complaint (ECF No. 16), in the event Florida Session Law SB 7066 becomes law. Plaintiffs anticipate pursuing discovery in relation to both their original and amended claims in anticipation of trial, provided the Court grants Plaintiffs leave to amend their complaint. Consistent with the Court's Order (ECF No. 123), Plaintiffs intend to file any motion amend the complaint on or before July 8, 2019.

3. Defendant asserts that discovery in this case is unnecessary because the case as presented in Plaintiffs' operative complaint is moot and should be dismissed as argued in Defendant's Supplemental Brief Concerning Mootness (ECF No. 98) and in Defendant's Response to Motion for Permanent Injunction (ECF No. 104). However, if the Court rules this case is not moot, then the Defendant further denies Plaintiffs' entitlement to a permanent injunction and final judgement of their operative complaint for the reasons set for the in Defendant's Response to Motion for Permanent Injunction (ECF No. 104) and expects that discovery will at that time become necessary. Defendant will supply her position on Plaintiffs' planned motion to amend prior to any filing and will provide any response thereto as appropriate once filed.

## LOCAL RULE 7.1(F) CERTIFICATION

Counsel for Plaintiffs, Fritz Wermuth, Esquire, certifies that this Joint Status Report contains 315 words, excluding the case style, signature block and certificates.

Dated: June 24, 2019.

Respectfully submitted,

| | |
|---|---|
| /s/*Joseph A. Brown* | /s/*Frederick S. Wermuth* |
| Bradley R. McVay (FBN 79034) | Frederick S. Wermuth (FBN 184111) |
| Ashley E. Davis (FBN 48032) | KING, BLACKWELL, ZEHNDER |
| FLORIDA DEPARTMENT OF STATE | &WERMUTH, P.A. |
| R.A. Gray Building, Suite 100 | P.O. Box 1631 |
| 500 South Bronough Street | Orlando, FL 32802-1631 |
| Tallahassee, FL 32399-0250 | Telephone: (407) 422-2472 |
| Telephone: (850) 245-6536 | Facsimile: (407) 648-0161 |
| Facsimile: (850) 245-6127 | fwermuth@kbzwlaw.com |
| brad.mcvay@dos.myflorida.com | |
| Ashley.davis@dos.myflorida.com | Marc E. Elias |
| | Elisabeth C. Frost* |
| Mohammad O. Jazil (FBN 72556) | Amanda Callais* |
| Gary V. Perko (FBN 855898) | Jacki L. Anderson* |
| Joseph A. Brown (FBN 25765) | John M. Geise* |
| HOPPING GREEN & SAMS, P.A. | Alexi M. Velez* |
| 119 South Monroe Street, Suite 300 | PERKINS COIE LLP |
| Tallahassee, FL 32301 | 700 Thirteenth St., N.W., Suite 600 |
| Telephone: (850) 222-7500 | Washington, D.C. 20005-3960 |
| Facsimile: (850) 224-8551 | Telephone: (202) 654-6200 |
| mjazil@hgslaw.com | Facsimile: (202) 654-9959 |
| gperko@hgslaw.com | melias@perkinscoie.com |
| jbrown@hgslaw.com | efrost@perkinscoie.com |
| | acallais@perkinscoie.com |
| *Counsel for Defendant* | jackianderson@perkinscoie.com |
| | jgeise@perkinscoie.com |
| | avelez@perkinscoie.com |
| | *\*Admitted Pro Hac Vice* |

Abha Khanna*
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: (206) 359-8000
Facsimile: (206) 359-9000
akhanna@perkinscoie.com
*Admitted Pro Hac Vice

*Counsel for the Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 24, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Frederick S. Wermuth
Frederick S. Wermuth
Florida Bar No.: 0184111

4