UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF FLORIDA, INC., THE ANDREW GOODMAN FOUNDATION, INC., MEGAN NEWSOME, AMOL JETHEWANI, MARY ROY a/k/a JAMIE ROY, DILLON BOATNER, ALEXANDER ADAMS, and ANJA RMUS,<br><br>      Plaintiffs,<br>v.<br><br>LAUREL M. LEE, in her official capacity as the Florida Secretary of State,<br>      Defendant. | Case No. 4:18-cv-00251-MW-CAS |

## JOINT STATUS REPORT

Pursuant to the Court's Initial Scheduling Order dated June 18, 2018 (ECF No. 21), Plaintiffs, League of Women Voters of Florida, Inc., The Andrew Goodman Foundation Inc., Megan Newsome, Amol Jethwani, Mary Roy a/k/a Jamie Roy, Dillon Boatner, Alexander Adams, and Anja Rmus, and Defendant, Laurel M. Lee, in her official capacity as the Florida Secretary of State (hereinafter collectively referred to as the "Parties"), respectfully submit their Joint Status Report, and state:

1. Neither Party has issued any discovery requests at this time.

2. As detailed in Plaintiffs' recent Motion for Leave to File Supplemental Complaint (ECF No. 126), Plaintiffs are seeking leave

to supplement the complaint (ECF No. 16), in light of the recent enactment of Florida Session Law SB 7066. Should the Court grant that motion, Plaintiffs anticipate pursuing discovery in relation to both their original and supplemental claims in anticipation of trial.

3. Defendant asserts that Plaintiffs' Motion for Leave to File Supplemental Complaint (ECF No. 126) should be denied for the reasons stated in Defendant's Response in Opposition to Plaintiffs' Motion for Leave to File Supplemental Complaint (ECF No. 129). Defendant believes the scope of discovery necessary in this case will increase if the Court grants Plaintiffs' Motion for Leave to File Supplemental Complaint, but anticipates at least some discovery may be necessary regardless regarding the Plaintiffs' claims in their operative Complaint for Declaratory and Injunctive Relief (ECF No. 1) based on this Court's Order on Motion for Summary Judgment (ECF No. 111).

**LOCAL RULE 7.1(F) CERTIFICATION**

Counsel for Plaintiffs, Fritz Wermuth, Esquire, certifies that this Joint Status Report contains 251 words, excluding the case style, signature block and certificates.

Dated: July 24, 2019.

Respectfully submitted,

/s/*Joseph A. Brown*
Bradley R. McVay (FBN 79034)
Ashley E. Davis (FBN 48032)
FLORIDA DEPARTMENT OF STATE
R.A. Gray Building, Suite 100
500 South Bronough Street
Tallahassee, FL 32399-0250
Telephone: (850) 245-6536
Facsimile: (850) 245-6127
brad.mcvay@dos.myflorida.com
Ashley.davis@dos.myflorida.com

Mohammad O. Jazil (FBN 72556)
Gary V. Perko (FBN 855898)
Joseph A. Brown (FBN 25765)
HOPPING GREEN & SAMS, P.A.
119 South Monroe Street, Suite 300
Tallahassee, FL 32301
Telephone: (850) 222-7500
Facsimile: (850) 224-8551
mjazil@hgslaw.com
gperko@hgslaw.com
jbrown@hgslaw.com

*Counsel for Defendant*

/s/*Frederick S. Wermuth*
Frederick S. Wermuth (FBN 184111)
Thomas A. Zehnder (FBN 63274)
KING, BLACKWELL, ZEHNDER
&WERMUTH, P.A.
P.O. Box 1631
Orlando, FL 32802-1631
Telephone: (407) 422-2472
Facsimile: (407) 648-0161
fwermuth@kbzwlaw.com

Marc E. Elias
Elisabeth C. Frost*
Amanda Callais*
Jacki L. Anderson*
John M. Geise*
Alexi M. Velez*
PERKINS COIE LLP
700 Thirteenth St., N.W., Suite 600
Washington, D.C. 20005-3960
Telephone: (202) 654-6200
Facsimile: (202) 654-9959
melias@perkinscoie.com
efrost@perkinscoie.com
acallais@perkinscoie.com
jackianderson@perkinscoie.com
jgeise@perkinscoie.com
avelez@perkinscoie.com
**Admitted Pro Hac Vice*

***Counsel for the Plaintiffs***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 24, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will

3

send a notice of electronic filing to all counsel of record.

/s/ Frederick S. Wermuth
Frederick S. Wermuth
Florida Bar No.: 0184111

4