# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION

**LEAGUE OF WOMEN VOTERS**
**OF FLORIDA, INC., et al.,**

    *Plaintiffs,*

v.                                                        **CASE NO.: 4:18cv251-MW/CAS**

**LAUREL M. LEE, in her official**
**capacity as the Florida**
**Secretary of State,**

    *Defendant.*
_____/

## ORDER GRANTING MOTION TO MODIFY SCHEDULING ORDER

This Court has considered, without hearing, Plaintiffs' Unopposed Motion to Modify the Scheduling and Mediation Order and to Extend Pretrial Deadlines and Trial. ECF No. 137. The motion is hereby **GRANTED** and this Court shall issue an amended scheduling order forthwith.

**SO ORDERED on August 2, 2019.**

                                                **s/Mark E. Walker**
                                                **Chief United States District Judge**