# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### TALLAHASSEE DIVISION

LEAGUE OF WOMEN VOTERS
OF FLORIDA, INC., et al.,

    *Plaintiffs*,

v.                                    CASE NO.: 4:18cv251-MW/CAS

LAUREL M. LEE, in her official
capacity as the Florida
Secretary of State,

    *Defendant.*
_____/

## ORDER DENYING MOTION TO CONVERT PRELIMINARY INJUNCTION TO PERMANENT INJUNCTION

This Court has considered, without hearing, Plaintiffs' motion to convert this Court's preliminary injunction into a permanent injunction and enter a final declaratory judgment. ECF No. 102. This motion—which was filed before Plaintiffs served their Supplemental Complaint—is hereby **DENIED**. Plaintiffs may file a successor motion at an appropriate time.

**SO ORDERED on August 5, 2019.**

                                              *s/Mark E. Walker*
                                              **Chief United States District Judge**