UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LEAGUE OF WOMEN VOTERS OF FLORIDA, INC., THE ANDREW GOODMAN FOUNDATION, INC., AMOL JETHWANI, MARY ROY a/k/a JAMIE ROY, DILLON BOATNER, ALEXANDER ADAMS, ANJA RMUS, MACKINTOSH JOACHIM, BRIANNA PALAZZOLO, and ALEXANDER PEREDA

      Plaintiffs,

v.

LAUREL M. LEE, in her official capacity as the Florida Secretary of State,

      Defendant.

Case No. 4:18-cv-00251 (MW/CAS)

## JOINT STATUS REPORT

Pursuant to the Court's Initial Scheduling Order dated June 18, 2018 (ECF No. 21), Plaintiffs, League of Women Voters of Florida, Inc., The Andrew Goodman Foundation Inc., Amol Jethwani, Mary Roy a/k/a Jamie Roy, Dillon Boatner, Alexander Adams, Anja Rmus, Mackintosh Joachim, Brianna Palazzolo, and Alexander Pereda, and Defendant, Laurel M. Lee, in her official capacity as the Florida Secretary of State (hereinafter collectively referred to as the "Parties"), respectfully submit their Joint Status Report, and state:

1. Discovery and supplemental initial disclosures are forthcoming.

2. On August 2, 2018, the Court enter its Amended Scheduling Order (ECF No. 139), upon Plaintiffs' Motion (ECF No. 137), and following

the filing of Plaintiffs' Supplemental Complaint on August 1, 2019. Plaintiffs have since conferred with the Secretary's counsel regarding a supplemental case management report, including a proposed date for supplemental initial disclosures. Plaintiffs are preparing formal discovery in addition to public records requests, and Plaintiffs anticipate pursuing discovery in relation to both their original and supplemental claims in anticipation of trial.

3. Defendant is reviewing and considering necessary discovery regarding both the Plaintiffs' original and supplemental claims as reflected in their Supplemental Complaint for Declaratory and Injunctive Relief (ECF No. 136) filed on August 1, 2019. Defendant anticipates pursuing discovery and will do so in accordance with the Court's Initial Scheduling Order (ECF No. 21) and Amended Scheduling and Mediation Order (ECF No. 139).

## LOCAL RULE 7.1(F) CERTIFICATION

Counsel for Plaintiffs, Fritz Wermuth, certifies that this Joint Status Report contains 235 words, excluding the case style, signature block and certificates.

Dated: August 29, 2019.

Respectfully submitted,

| /s/*Joseph A. Brown* | /s/*Frederick S. Wermuth* |
| Bradley R. McVay (FBN 79034) | Frederick S. Wermuth (FBN 184111) |

| | |
|---|---|
| Ashley E. Davis (FBN 48032)<br>FLORIDA DEPARTMENT OF STATE<br>R.A. Gray Building, Suite 100<br>500 South Bronough Street<br>Tallahassee, FL 32399-0250<br>Telephone: (850) 245-6536<br>Facsimile: (850) 245-6127<br>brad.mcvay@dos.myflorida.com<br>Ashley.davis@dos.myflorida.com<br><br>Mohammad O. Jazil (FBN 72556)<br>Gary V. Perko (FBN 855898)<br>Joseph A. Brown (FBN 25765)<br>HOPPING GREEN & SAMS, P.A.<br>119 South Monroe Street, Suite 300<br>Tallahassee, FL 32301<br>Telephone: (850) 222-7500<br>Facsimile: (850) 224-8551<br>mjazil@hgslaw.com<br>gperko@hgslaw.com<br>jbrown@hgslaw.com<br><br>*Counsel for Defendant* | Thomas A. Zehnder (FBN 63274)<br>KING, BLACKWELL, ZEHNDER<br>&WERMUTH, P.A.<br>P.O. Box 1631<br>Orlando, FL 32802-1631<br>Telephone: (407) 422-2472<br>Facsimile: (407) 648-0161<br>fwermuth@kbzwlaw.com<br><br>Marc E. Elias<br>Elisabeth C. Frost*<br>Amanda Callais*<br>Jacki L. Anderson*<br>John M. Geise*<br>Alexi M. Velez*<br>PERKINS COIE LLP<br>700 Thirteenth St., N.W., Suite 600<br>Washington, D.C. 20005-3960<br>Telephone: (202) 654-6200<br>Facsimile: (202) 654-9959<br>melias@perkinscoie.com<br>efrost@perkinscoie.com<br>acallais@perkinscoie.com<br>jackianderson@perkinscoie.com<br>jgeise@perkinscoie.com<br>avelez@perkinscoie.com<br>*Admitted Pro Hac Vice*<br><br>***Counsel for the Plaintiffs*** |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 29, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Frederick S. Wermuth

3

                                              Frederick S. Wermuth  
                                              Florida Bar No.: 0184111