UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF FLORIDA, INC., THE ANDREW GOODMAN FOUNDATION, INC., AMOL JETHWANI, MARY ROY a/k/a JAMIE ROY, DILLON BOATNER, ALEXANDER ADAMS, ANJA RMUS, MACKINTOSH JOACHIM, BRIANNA PALAZZOLO, and ALEXANDER PEREDA<br><br>Plaintiffs,<br>v.<br><br>LAUREL M. LEE, in her official capacity as the Florida Secretary of State,<br><br>Defendant. | Case No. 4:18-cv-00251 (MW/CAS) |

## JOINT REPORT

Pursuant to the Court's Order Requiring Conferral and Status Conference dated March 24, 2020 (ECF No. 156), Plaintiffs, League of Women Voters of Florida, Inc., The Andrew Goodman Foundation Inc., Amol Jethwani, Mary Roy a/k/a Jamie Roy, Dillon Boatner, Alexander Adams, Anja Rmus, Mackintosh Joachim, Brianna Palazzolo, and Alexander Pereda, and Defendant, Laurel M. Lee, in her official capacity as the Florida Secretary of State (hereinafter collectively referred to as the "Parties"), respectfully submit their Joint Report, and state:

**1.** The Parties are in the final stages of resolving the case and a telephonic conference is not necessary. The Parties anticipate being able to notify the court of final resolution shortly.

**LOCAL RULE 7.1(F) CERTIFICATION**

Counsel for Plaintiffs, Fritz Wermuth, certifies that this Joint Report contains 113 words, excluding the case style, signature block and certificates.

Dated: April 3, 2020.

Respectfully submitted,

| | |
|---|---|
| /s/ *Mohammad Jazil* | /s/ *Frederick Wermuth* |
| Bradley R. McVay (FBN 79034) | Frederick S. Wermuth (FBN 184111) |
| Ashley E. Davis (FBN 48032) | Thomas A. Zehnder (FBN 63274) |
| FLORIDA DEPARTMENT OF STATE | KING, BLACKWELL, ZEHNDER |
| R.A. Gray Building, Suite 100 | &WERMUTH, P.A. |
| 500 South Bronough Street | P.O. Box 1631 |
| Tallahassee, FL 32399-0250 | Orlando, FL 32802-1631 |
| Telephone: (850) 245-6536 | Telephone: (407) 422-2472 |
| Facsimile: (850) 245-6127 | Facsimile: (407) 648-0161 |
| brad.mcvay@dos.myflorida.com | fwermuth@kbzwlaw.com |
| Ashley.davis@dos.myflorida.com | |
| | Marc E. Elias |
| Mohammad O. Jazil (FBN 72556) | Elisabeth C. Frost* |
| Gary V. Perko (FBN 855898) | Amanda Callais* |
| Joseph A. Brown (FBN 25765) | Jacki L. Anderson* |
| HOPPING GREEN & SAMS, P.A. | John M. Geise* |
| 119 South Monroe Street, Suite 300 | Alexi M. Velez* |
| Tallahassee, FL 32301 | PERKINS COIE LLP |
| Telephone: (850) 222-7500 | 700 Thirteenth St., N.W., Suite 600 |
| Facsimile: (850) 224-8551 | Washington, D.C. 20005-3960 |
| mjazil@hgslaw.com | Telephone: (202) 654-6200 |
| gperko@hgslaw.com | Facsimile: (202) 654-9959 |
| jbrown@hgslaw.com | melias@perkinscoie.com |
| | efrost@perkinscoie.com |
| *Counsel for Defendant* | acallais@perkinscoie.com |
| | jackianderson@perkinscoie.com |
| | jgeise@perkinscoie.com |
| | avelez@perkinscoie.com |
| | *Admitted Pro Hac Vice |

2

*Counsel for the Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 3, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Frederick S. Wermuth
Frederick S. Wermuth
Florida Bar No.: 0184111