UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| LEAGUE OF WOMEN VOTERS OF FLORIDA, INC., THE ANDREW GOODMAN FOUNDATION, INC., AMOL JETHEWANI, MARY ROY, a/k/a JAIME ROY, DILLON BOATNER, ALEXANDER ADAMS, ANJA RMUS, MACKINTOSH JOACHIM, BRIANNA PALAZZOLO, and ALEXANDER PEREDA,<br><br>    Plaintiffs,<br><br>  v.<br><br>LAUREL M. LEE, in her official capacity as the Florida Secretary of State,<br><br>    Defendant. | Case No. 4:18-cv-00251 (MW/CAS) |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs League of Women Voters Of Florida, Inc., The Andrew Goodman Foundation, Inc., Amol Jethewani, Mary Roy, a/k/a Jaime Roy, Dillon Boatner, Alexander Adams, Anja Rmus, Mackintosh Joachim, Brianna Palazzolo, and Alexander Pereda, along with Defendant Florida Secretary of State Laurel M. Lee (collectively, the "Parties") hereby file this Joint Stipulation of Dismissal with Prejudice.

1

Accordingly, the Parties stipulate to the dismissal of this action with prejudice. This stipulation disposes of all claims and all parties.

**DATED: April 9, 2020**

/s/ Mohammad Jazil
Bradley R. McVay (FBN 79034)
Ashley E. Davis (FBN 48032)
FLORIDA DEPARTMENT OF STATE
R.A. Gray Building, Suite 100
500 South Bronough Street
Tallahassee, FL 32399-0250
Telephone: (850) 245-6536
Facsimile: (850) 245-6127
brad.mcvay@dos.myflorida.com
Ashley.davis@dos.myflorida.com

Mohammad O. Jazil (FBN 72556)
Gary V. Perko (FBN 855898)
Joseph A. Brown (FBN 25765)
HOPPING GREEN & SAMS, P.A.
119 South Monroe Street, Suite 300
Tallahassee, FL 32301
Telephone: (850) 222-7500
Facsimile: (850) 224-8551
mjazil@hgslaw.com
gperko@hgslaw.com
jbrown@hgslaw.com

*Counsel for Defendant*

/s/ Frederick Wermuth
Frederick S. Wermuth (FBN 184111)
Thomas A. Zehnder (FBN 63274)
KING, BLACKWELL, ZEHNDER
&WERMUTH, P.A.
P.O. Box 1631
Orlando, FL 32802-1631
Telephone: (407) 422-2472
Facsimile: (407) 648-0161
fwermuth@kbzwlaw.com

Marc E. Elias
Elisabeth C. Frost*
Amanda Callais*
Jacki L. Anderson*
John M. Geise*
Alexi M. Velez*
PERKINS COIE LLP
700 Thirteenth St., N.W., Suite 600
Washington, D.C. 20005-3960
Telephone: (202) 654-6200
Facsimile: (202) 654-9959
melias@perkinscoie.com
efrost@perkinscoie.com
acallais@perkinscoie.com
jackianderson@perkinscoie.com
jgeise@perkinscoie.com
avelez@perkinscoie.com
*Admitted Pro Hac Vice*

*Counsel for the Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 9, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ *Frederick S. Wermuth*
Frederick S. Wermuth
Florida Bar No.: 0184111