## IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**LEAGUE OF WOMEN VOTERS
OF FLORIDA, INC., et al.,**

**Plaintiffs,**

**v.**                                         **Case No. 4:18cv251-MW/MAF**

**LAUREL M. LEE, in her official
capacity as the Florida Secretary
of State,**

**Defendant.**

_____/

## ORDER CLOSING FILE

The parties have filed a Stipulation for Dismissal with Prejudice.  ECF No. 159.  The notice is effective without an order.  *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012).   The Clerk must close the file.

**SO ORDERED on April 9, 2020.**

**s/ MARK E. WALKER
Chief United States District Judge**